UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :

RICARDO VILLAGRA et al.,                      :

                          Plaintiffs,                    :
                                                        :          24-CV-571 (JMF)
              -v-                                :
                                                        :              <u>ORDER</u>

DENTELLE, LLC et al.,                         :

                        Defendants.            :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of the Affidavits of Service filed on the docket, ECF Nos. 8 & 10, it appears that Defendants' deadlines to answer or otherwise respond to the Complaint expired no later than yesterday. However, the Court understands that Defendant Etienne DeYans Yansomwe appeared for the pre-settlement telephone conference held before Magistrate Judge Parker on Monday, February 26, 2024, and that Defendants are attempting to secure representation prior to the settlement conference scheduled for April 29, 2024. *See* ECF No. 13. In light of all that, the Court hereby *sua sponte* extends Defendants' deadline to answer or otherwise respond to the Complaint through and until **April 30, 2024**.

      Plaintiffs shall promptly serve a copy of this Order on Defendants. In addition, the Clerk of Court is directed to mail a copy of this Order to Defendant Yansomwe.

      SO ORDERED.

Dated: February 29, 2024
       New York, New York
                                                               JESSE M. FURMAN
                                                             United States District Judge