> The Court *sua sponte* extends Defendants' deadline to respond to the Complaint through and until **June 24, 2024**. Accordingly, the initial pretrial conference scheduled for May 14, 2024, is hereby ADJOURNED to **July 9, 2024**, at **9:00 a.m.** Plaintiffs shall promptly serve a copy of this Order on Defendants.
>
> The Clerk of Court is directed to terminate ECF No. 18 and mail a copy of this Order to Defendant Yansomwe. SO ORDERED.
>
> /s/ Jesse M. Furman
> April 25, 2024

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

April 24, 2024

**BY ECF**                                                          MOTION TO ADJOURN
Honorable Jesse M. Furman, U.S.D.J.                                 CONFERENCE
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  ***Ricardo Villagra, et. al. v. Dentelle LLC, et. al.***
   Case No.: 24 cv 571 (JMF) (KHP)

Dear Judge Furman,

  We are writing with reference to defendants' letter to the Magistrate Judge, which seeks an extension of time to retain counsel [Docket 16]. The court scheduled a telephone conference for June 24, 2024, and ordered defendants to obtain counsel by then [Docket 17].[1] Based on the circumstances described in defendants' letter and the status of the settlement proceedings, we respectfully ask the District Court to postpone the initial pretrial conference scheduled on May 14, 2024 [Docket 5], until after the defendants have appeared and responded to the lawsuit. In addition, we respectfully ask the court to extend the deadline by which the defendants are to respond to the case to on or around June 24, 2024.[2] This is the first adjournment of this conference.

  Thank you for your consideration of this case.

               Respectfully,
               /s/ Peter Hans Cooper
               Peter H. Cooper

cc: Honorable Katharine H. Parker, U.S.M.J. (Via E-mail)
   Etienne Deyans Yansomwe (Via E-mail)

---

[1] The corporate defendant cannot appear without counsel.

[2] Defendants have not sought this relief, but they are presently in default and as such, we seek this relief on their behalf.