# CILENTI & COOPER, PLLC
### ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

June 25, 2024

**BY ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MOTION TO ADJOURN CONFERENCE**

> In view of the parties' letters, the initial pretrial conference scheduled for July 9, 2024, is hereby ADJOURNED to **August 6, 2024**, at **9:00 a.m.** Additionally, the Court will grant, *nunc pro tunc*, one further extension of Defendants' deadline to respond to the complaint, through and until **August 5, 2024**. Defendants should not expect any further extensions. Plaintiffs are directed to serve a copy of this Order upon Defendants within **two business days** of this Order. The Clerk of Court is directed to mail a copy of this Order to Defendant Yansomwe and terminate ECF No. 21.
>
> SO ORDERED.
> /s/ Jesse M. Furman
> June 26, 2024

Re:       ***Ricardo Villagra, et. al. v. Dentelle LLC, et. al.***
Case No.:   24 cv 571 (JMF) (KHP)

Dear Judge Furman,

We are writing with reference to the court's endorsed order of April 26, 2024 [Docket 19] in which the court *sua sponte* extended Defendants' deadline to respond to the complaint through and until June 24, 2024 and rescheduled the initial pretrial conference to July 9, 2024.[1] Based on my correspondence with defendant Etienne DeYans, we do not believe defendants intend to retain counsel in this matter.[2] We respectfully request the court cancel the initial conference and schedule a telephone conference in this matter sometime on or after August 5, 2024, to discuss a schedule for plaintiff's proposed motion for a default judgment. We respectfully note that the undersigned will be out of the country between July 26 through April 2. We conferred with Defendant and asked him to contribute to this letter, and he provided the attached response.

Thank you for your consideration of this case.

Respectfully,
/s/ Peter Hans Cooper
Peter H. Cooper

cc:    Etienne Deyans Yansomwe (Via E-mail)

---

[1]  Separately, the Magistrate Judge has scheduled a conference on August 5, 2024 [Docket 20]
[2]  The defendants have not complied with the court's order to answer and neither the corporate nor the individual defendant has responded to the complaint; the corporate defendant cannot appear without counsel.