UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RICARDO VILLAGRA et al.,                                          :
:
Plaintiffs,                      :
:        24-CV-571 (JMF)
-v-                              :
:            ORDER
:
DENTELLE, LLC et al.,                                             :
:
Defendants.                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 2, 2024, upon receiving Defendant Yansomwe's letter indicating that he had retained counsel, *see* ECF No. 25, the Court granted an extension of the deadline for Defendants to respond to the Complaint, through and until yesterday, August 26, 2024, *see* ECF No. 26.  The Court ordered incoming counsel to "promptly enter a notice of appearance on the docket (and, in doing so, clarify whether he represents both Defendants or only Defendant Yansomwe)."  ECF No. 26.  Separately, on August 5, 2024, Magistrate Judge Parker entered a scheduling Order that, among other things, directed Defendant Yansomwe's incoming counsel to "file a Notice of Appearance on the docket by August 19, 2024."  ECF No. 27.

To date, neither a response to the Complaint nor a notice of appearance on behalf of counsel for Defendant(s) has been filed on the docket.  As a courtesy, the Court will grant one final extension of the deadline for Defendants to respond to the Complaint, *nunc pro tunc*, through and until **September 3, 2024**.  In light of that, the initial pretrial conference scheduled for September 3, 2024, is hereby ADJOURNED to **September 10, 2024**, at **3:00 p.m.**

In light of the numerous extensions granted to date, **Defendants should not expect any further extensions**.  If no response is filed by the new deadline of September 3, 2024, the Court will issue an Order inviting Plaintiffs to file any motion for default judgment within two weeks of that Order.  To the extent that counsel for Plaintiff has had any contact with the counsel that Defendant Yansomwe purportedly retained, they are directed to serve a copy of this Order upon said counsel **within two business days of this Order**.  The Clerk of Court is directed to mail a copy of this Order to Defendant Yansomwe.

SO ORDERED.

Dated: August 27, 2024
       New York, New York                          _____
                                                   JESSE M. FURMAN
                                                   United States District Judge