USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VILLAGRA, et al,

                            Plaintiffs,

          -against-

DENTELLE, LLC et al.,

                            Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**24-CV-571 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the fact that Plaintiff will be moving forward with the filing of a default judgment the Settlement Conference in this matter currently scheduled for **September 16, 2024** is hereby adjourned *sine die*.

**The Clerk of Court is directed to mail a copy of this order to the Defendant.**

      **SO ORDERED.**
Dated: September 4, 2024
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2