USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2024

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

September 4, 2024

**MOTION TO ADJOURN**

**BY ECF**
Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Ricardo Villagra, et. al. v. Dentelle LLC, et. al.*
      Case No.:    24 cv 571 (SDNY)

Dear Judge Parker,

    We write on behalf of plaintiffs, with reference to the District Court's order that plaintiffs move for default [Docket 29], in light of defendants' failure to defend this action.

    As the court is aware, we have been in communication with the defendant and his purported counsel. Counsel stated that he was not retained in this case. The defendants remain in default despite number opportunities to retain counsel.

    <u>Plaintiffs intend to proceed as directed by the District Court. As such, we do not believe a settlement conference at this juncture would be fruitful. We respectfully ask the court to adjourn the September 15, 2024 conference *sine die* pending further proceedings.</u>

    Thank you for your consideration of this case.

                        Respectfully,

                        *Peter Hans Cooper*
                        Peter H. Cooper

cc:    Etienne Deyans Yansomwe
       244 5th Avenue, Suite E257
       New York, NY 10001

---

**APPLICATION GRANTED:** In light of the fact that Plaintiff will be moving forward with the filing of a default judgment the Settlement Conference in this matter currently scheduled for <u>September 16, 2024</u> is hereby adjourned sine die. <u>The Clerk of Court is directed to mail a copy of this order to the Defendant.</u>

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
09/04/2024