# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 39 and mail a copy of this Order to Defendant Yansomwe. SO ORDERED.**

*/s/ Jesse M. Furman*

September 16, 2024

September 16, 2024

**BY ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MOTION FOR EXTENSION OF TIME**

Re:  *Ricardo Villagra, et. al. v. Dentelle LLC, et. al.*
Case No.:  24 cv 571 (JMF) (KHP)

Dear Judge Furman,

We are counsel to the plaintiffs in the above-referenced matter. The court ordered plaintiffs to file their motion for a default judgment by September 18, 2024 [Docket 29]. The clerk of court entered a certificate of default on September 4, 2024 [Docket 36]. We write timely, pursuant to the court's individual practices, Sec. 2D, for an extension of the deadline to file a motion for default judgment. We are in the process of preparing plaintiffs' motion but as of this filing plaintiffs themselves have not been able to meet with counsel to execute affidavits in support. As such, we respectfully request a two (2) week extension of the deadline.

This will be the first extension of the default motion deadline. No other dates or deadlines will be affected. We understand, if granted, this would be the court's final extension. Defendants remain in default, and we will send them a copy of this correspondence via mail and E-mail.

We thank the court for its consideration of this case.

Respectfully,

*/s/ Peter Hans Cooper*
Peter H. Cooper

cc:   Etienne Deyans Yansomwe, defendant *pro se* (Via Mail and E-mail)