UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VILLAGRA, EMMANUEL GALLARDO, RICARDO TOCAY,  and NELSON ARIEL JIMENEZ, *on behalf of themselves and others similarly situated,*<br><br>   Plaintiffs,<br><br>-against-<br><br>DENTELLE, LLC dba GYPSEA ROSE BISTRO, *and* ETIENNE DEYANS YANSOMWE, *individually*,<br><br>   Defendants. | Case No.: 24 CV 571 (JMF)<br><br>~~**PROPOSED**~~ **DEFAULT JUDGMENT** |

This action, having been commenced on January 26, 2024, by the filing of a summons and complaint; a copy of the summons and complaint having been served on defendants Dentelle, LLC boing business as Gypsea Rose Bistro and Etienne Deyans Yansomwe, individually (collectively, "defendants"), pursuant to Fed. R. Civ. Pro. 4(e), proof of service of the summons and complaint having been filed; said defendants not having answered the summons and complaint, and the time for answering the summons and complaint having expired, it is

ORDERED, ADJUDGED AND DECREED

that the Ricardo Villagra has judgment in the amount of:

| | | | |
|---|---|---|---|
| i. | Unpaid wages and overtime: | | $6,587.50 |
| ii. | Liquidated Damages | | $6,587.50 |
| iii. | WTPA Statutory Penalties | | $5,000.00 |
| iv. | Prejudgment Interest | | <u>$618</u> |
| v. | Total: | | **$18,793** |

that Plaintiff Emmanuel Gallardo has judgment in the amount of:

1

| i. | Unpaid wages: | $3,230 |
| --- | --- | --- |
| ii. | Spread of hours premiums: | $330 |
| iii. | Liquidated Damages | $3,560 |
| iv. | WTPA Statutory Penalties | $5,000.00 |
| v. | Prejudgment Interest | $337 |
| | Total: | **$12,457** |

that Plaintiff Ricardo Tocay has judgment in the amount of:

| i. | Unpaid wages and overtime: | $9,187.50 |
| --- | --- | --- |
| ii. | Liquidated Damages | $9,187.50 |
| iii. | WTPA Statutory Penalties | $5,000.00 |
| iv. | Prejudgment Interest | $1,680 |
| | Total: | **$25,055** |

that Plaintiff Nelson Ariel Jimenez has judgment in the amount of:

| i. | Unpaid min. wages and overtime: | $1,507.50 |
| --- | --- | --- |
| ii. | Liquidated Damages | $1,507.50 |
| iii. | WTPA Statutory Penalties | $5,000.00 |
| iv. | Prejudgment Interest | $130 |
| | Total: | **$8,145** |

against the defaulting defendants Dentelle, LLC boing business as Gypsea Rose Bistro and Etienne Deyans Yansomwe, individually, jointly and severally, in the total amount of $64,450, in addition to attorneys' fees and costs, in the amount of $12,590.

Dated: New York, New York
   October 22, 2024                          _____,U.S.D.J

This Document was Entered on the Docket on   October 22, 2024                .

The Clerk of Court is directed to terminate ECF No. 41 and close this case.

SO ORDERED.